IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00417-REB-BNB

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

CAMERON MONTGOMERY, an individual,

Defendant.

## NOTICE OF DISMISSAL

Plaintiff Video Professor, Inc., by and through undersigned counsel, advises the Court that the instant civil action has been settled. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff notices the dismissal with prejudice of this action. The Court is advised that the Defendant has not served an answer or a motion for summary judgment in this matter.

Respectfully submitted this 5th day of March 2009.

FAIRFIELD AND WOODS, P.C.

By: *s/ Gregory C. Smith*
Gregory C. Smith
Wells Fargo Center, Suite 2400
1700 Lincoln Street
Denver, Colorado 80203-4524
Telephone: (303) 830-2400
Facsimile: (303) 830-1033

ATTORNEYS FOR DEFENDANT
VIDEO PROFESSOR, INC.

CERTIFICATE OF MAILING

    The undersigned certifies that on this 5th day of March 2009, a copy of the foregoing was via electronic mail, addressed to the following:

Cameron Montgomery
c/o Penniann J. Schumann, Esq.
P.O.Box 581470
Salt Lake City, Utah 84158
Telephone: 801-631-7811
Fax: 801-363-2945
penni.schumann@comcast.net

                                                *s/ Gregory C. Smith*